IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS FLANDERMEYER, an individual, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case Number CIV-05-1197-C |
| TRACI FLANDERMEYER, an individual, ) ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Now before the Court is a Motion to Dismiss filed by Defendant Traci Flandermeyer (Defendant) wherein she moves the Court to dismiss Plaintiff's state law claims under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Prior to filing a response, Plaintiff Douglas Flandermeyer (Plaintiff) filed a notice voluntarily dismissing his state law claims. (Def.'s Notice, Dkt. No. 14.) In light of Plaintiff's notice, his state law claims are **DISMISSED WITHOUT PREJUDICE** and Defendant's Motion to Dismiss (Dkt. No. 10) is **STRICKEN AS MOOT**.

IT IS SO ORDERED this 18th day of November, 2005.

ROBIN J. CAUTHRON
United States District Judge